

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-15-00214-CV

**IN RE** Juan Miguel **MATA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice
                 Jason Pulliam, Justice

On May 14, 2015, relator filed a motion to amend and a motion to withdraw his brief for writ of mandamus, previously filed in this court on April 27, 2015.

Relator's motion to withdraw his brief is GRANTED.

Relator's motion to amend appears to seek a further extension of time in which to file a motion for rehearing. Having granted relator's prior motion for extension of time on May 14, 2015, relator's request to further extend that deadline is DENIED at this time. The extended deadline for the filing of any motion for rehearing with respect to this court's April 29, 2015 opinion is June 8, 2015. This order is without prejudice to relator's ability to file a motion for further extension in compliance with Texas Rule of Appellate Procedure 49.8.

It is so **ORDERED** on May 21, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2714, styled *In the Matter of Maria Elena Mata and Juan Miguel Mata*, pending in the County Court, Dimmit County, Texas, the Honorable Francisco G. Ponce presiding.